UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, ) ) ) | |
| Plaintiff, ) ) | 2:09-CV-01053-PMP-RJJ |
| v. ) ) | **ORDER** |
| AMERICAN EXCHANGE, INC., et al., ) ) | |
| Defendants. ) ) | |

On September 23, 2010, the Parties conducted a settlement conference before the Honorable Magistrate Judge Robert J. Johnston at which the Parties reached a settlement in this case. (See Document #47).

**IT IS ORDERED** that this action is hereby DISMISSED.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge